Bobby Darryl TILLMAN *v.* STATE of Arkansas

RC 89-19                                       770 S.W.2d 653

Supreme Court of Arkansas
Opinion delivered May 22, 1989

*John W. Achor,* for appellant.

No objection.

PER CURIAM. Appellant, Bobby Darryl Tillman, by his attorney, has filed for a rule on the clerk.

His attorney, John W. Achor, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.